Gene W. Choe, Esq. (SBN 187704)
Tejal S. Patel, Esq. (SBN 253218)
LAW OFFICES OF GENE W. CHOE, P.C.
3699 Wilshire Boulevard, Suite 720
Los Angeles, CA 90010
Telephone (213) 639-3888
Facsimile (213) 383-8280

JS-6

Attorneys for Plaintiff, Robert Harr

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| CESAREO ARAGON,<br><br>          Plaintiffs,<br><br>vs.<br><br>AXIS MORTGAGE & INVESTMENTS. *business entity unknown*; OLD REPUBLIC INSURANCE AGENCY; *business entity unknown*; MORTGAGE ELE4CTRONIC REGISTRATION SYSTEMS; *business entity unknown*; NDEX WEST, LLC *business entity unknown*; AMERICA'S SERVICING CO., *business entity unknown*; MCR ENDEAVORS, *business entity unknown*; and DOES 1 through 20,<br><br>          Defendants. | CASE NO: 5:2011-CV-01369 JFW<br><br>[~~PROPOSED~~] ORDER RE: VOLUNTARY DISMISSAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

       Pursuant to the Notice of Voluntary Dismissal filed on September __9__, 2011, and good cause appearing; therefore; IT IS HEREBY ORDERED that this case is dismissed.

1

[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL

| | |
|---|---|
| Dated: September __15__, 2011 | By: __John F. Walter /s/__ |
| | JUDGE OF THE UNITED STATES DISTRICT COURT |

[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL