1  Gene W. Choe, Esq.  (SBN 187704)
   Tejal S. Patel, Esq. (SBN 253218)
2  LAW OFFICES OF GENE W. CHOE, P.C.
3  3699 Wilshire Boulevard, Suite 720
   Los Angeles, CA 90010                                    JS-6
4  Telephone (213) 639-3888
5  Facsimile (213) 383-8280

6  Attorneys for Plaintiff, Robert Harr
7

8                    UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

10
11 CESAREO ARAGON,                      CASE NO: 5:2011-CV-01369 JFW

12         Plaintiffs,
13 vs.                                  [~~PROPOSED~~] ORDER RE: VOLUNTARY
                                        DISMISSAL
14
15 AXIS MORTGAGE & INVESTMENTS.
   *business entity unknown*; OLD
16 REPUBLIC INSURANCE AGENCY;
17 business entity unknown;
   MORTGAGE ELE4CTRONIC
18 REGISTRATION SYSTEMS; business
19 entity unknown; NDEX WEST, LLC
   *business entity unknown;* AMERICA'S
20 SERVICING CO.,business entity
21 unknown; MCR ENDEAVORS,
   business entity unknown; and DOES 1
22 through 20,
23
24         Defendants.

25
26 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
27         Pursuant to the Notice of Voluntary Dismissal filed on September __9__, 2011, and
28 good cause appearing; therefore; IT IS HEREBY ORDERED that this case is dismissed.

                                          1
               [~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September __15__, 2011 | By: __John F. Walter /s/__ |
| 3 | | JUDGE OF THE UNITED STATES DISTRICT COURT |

2

[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL